IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | § |
| SUSAN L. HERTZBERG (1) | § |
| MATTHEW JOHN THEILER (2) | § |
| DAVID WELDON KRAUS (3) | § |
| JEFFREY PAUL PARNELL (4) | § |
| THOMAS GRAY HARDAWAY (5) | § No. 6:22-cr-3-JDK-JDL |
| JEFFREY PAUL MADISON (7) | § |
| TODD DEAN COOK (8) | § |
| WILLIAM TODD HICKMAN (9) | § |
| CHRISTOPHER ROLAND GONZALES (10) | § |
| JORDAN JOSEPH PERKINS (12) | § |
| ELIZABETH RUTH SEYMOUR (13) | § |
| LINH BA NGUYEN (14) | § |
| THUY NGOC NGUYEN (15) | § |
| JOSEPH GIL BOLIN (16) | § |
| HERIBERTO SALINAS (17) | § |
| HONG DAVIS (18) | § |

**ORDER SETTING STATUS CONFERENCE**

Before the Court is a motion to continue the trial and pretrial deadlines in this case filed by several Defendants. Docket No. 366. The Court hereby **SETS** an in-person status conference on **June 2, 2023**, at **1:00 p.m.**, at the William M. Steger Federal Building and United States Courthouse, 211 West Ferguson Street, Tyler, TX 75702. Lead counsel for each party or, alternatively, counsel with authority to bind their respective clients, shall be present and should be prepared to address the status of this case and scheduling of trial. Counsel for Defendants who have already pleaded guilty need not attend. Pursuant to Federal Rule of Criminal Procedure 43(b), Defendants themselves need not be present at this conference.

1

So **ORDERED** and **SIGNED** this **19th** day of **May, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE