IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SUSAN L. HERTZBERG (1)<br>MATTHEW JOHN THEILER (2)<br>DAVID KRAUS (3)<br>THOMAS GRAY HARDAWAY (4)<br>JEFFREY PAUL MADISON (5) | No. 6:22-CR-00003-JDK-JDL |

**JOINT MOTION TO SET BRIEFING SCHEDULE FOR POST-JUDGMENT MOTIONS**

Defendants Susan L. Hertzberg, Matthew John Theiler, David Weldon Kraus, Thomas Gray Hardaway, and Jeffrey Paul Madison and the Government jointly move this Court under Federal Rule of Criminal Procedure 45(b) to extend the filing deadlines for motions for judgment of acquittal and for a new trial by 60 days. The parties have conferred and respectfully request the Court orders the following briefing schedule: (1) Defendants' post-judgment motions will be due on Monday, February 12, 2024; (2) the Government's responses will be due on Friday, April 12, 2024; and (3) Defendants' replies will be due on Monday, May 13, 2024. The parties would show the Honorable Court as follows:

1. On November 30, 2023, the jury convicted Defendants on Count 1 of the indictment. *See* ECF No. 1020. The trial lasted approximately seven weeks, and the trial transcript spans over 6,200 pages.

2. The undersigned defense counsel have been retained to assist Defendants in preparing post-verdict motions for judgment of acquittal or motions for new trial. These motions are due

currently on Thursday, December 14, 2023. *See* Fed. R. Crim. P. 29(c)(1); Fed. R. Crim. P. 33(b)(2).

3. Federal Rule of Criminal Procedure 45 permits this Court to extend these deadlines on a party's motion showing good cause. Fed. R. Crim. P. 45(b)(1).

4. The undersigned defense counsel request that this Court extend the filing deadline for motions for judgment of acquittal or motions for new trial by 60 days. The new filing date would be February 12, 2023.

5. As good cause, defense counsel notes that this extension would help to ensure that counsel have time to review the reporter's records and extensive trial testimony so that they may research and prepare briefing regarding issues to raise on behalf of the defendants. This request is not made for delay, but so that counsel can ensure they have provided the defendants with effective assistance of counsel.

6. Defense counsel conferred with the Government, which does not oppose this motion. The parties request that the Government be provided 60 days to respond to Defendants' motions and that the Defendants be given 31 days to reply to the Government's response.

Defendants respectfully request that the Court extend the filing deadline for motions for judgment of acquittal or motions for new trial by 60 days. The new filing deadline for post-judgment motions would be Monday, February 12, 2024. The Government's response deadline would be Friday, April 12, 2024, and the Defendants' reply deadline would be Monday, May 13, 2024.

Dated: December 6, 2023

                                        Respectfully submitted,

                                        By:  */s/ David Bitkower*

      David Bitkower (pro hac vice)
      Bar Nos.: N.Y. 4190096; D.C. 198596
      dbitkower@jenner.com
      **JENNER & BLOCK**
      1099 New York Avenue, NW, Suite 900
      Washington, D.C. 20001

      Keisha N. Stanford (pro hac vice)
      Bar Nos.: CA 274166; D.C. 1015268
      kstanford@jenner.com
      **JENNER & BLOCK**
      1099 New York Avenue, NW, Suite 900
      Washington, D.C. 20001

      Shreve Ariail (pro hac vice)
      Bar No.: N.Y. 4155339
      sariail@jenner.com
      **JENNER & BLOCK LLP**
      1099 New York Avenue, NW, Suite 900
      Washington, D.C. 20001
      Telephone (202) 639-6871

      Wesley Hill
      Texas Bar. No. 24032294
      wh@wsfirm.com
      **WARD, SMITH & HILL, PLLC**
      1507 Bill Owens Pkwy
      Longview, TX 75604
      Telephone (903) 757-6400

      ***Attorneys for Susan L. Hertzberg***

By: */s/ Gene R. Besen*
    Gene R. Besen
    Texas Bar No. 24045491
    gbesen@bradley.com

    Jonathan H. Ferry (*pro hac vice*)
    North Carolina Bar No. 39117
    jferry@bradley.com

    Anna M. Lashley (*pro hac vice*)
    Virginia Bar No. 87735

alashley@bradley.com

**BRADLEY ARANT BOULT CUMMINGS LLP**
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone (214) 257-9800
Facsimile (214) 939-8787

*Attorneys for Thomas Gray Hardaway*

By: */s/ Jeffrey J. Ansley*
Jeffrey J. Ansley
Texas Bar No. 00790235
jansley@vedderprice.com
Ryan S. Hedges
Illinois Bar No. 6284872
rhedges@vedderprice.com
Katherine M. Devlin
Texas Bar No. 24094372
kdevlin@vedderprice.com

**VEDDER PRICE, PC**
300 Crescent Court, Suite 400
Dallas, Texas 75201
Telephone (469) 895-4800

*Attorneys for David Weldon Kraus*

By: */s/ Danielle Corcione*
Danielle Corcione (*pro hac vice*)
dcorcione@csglaw.com
Christopher R. Paldino (*pro hac vice*)

**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone (973) 325-1500

By: */s/ Jason D. Cassel*
Jason D. Cassel
Texas Bar. No. 24006970
jdc@jdcfirm.com

        **THE CASSEL LAW FIRM, P.C.**
        P.O. Box 2361
        Longview, Texas 75606
        Telephone (903) 758-5200

        *Attorneys for Matthew John Theiler*

By:  */s/ Christopher L. Peele*
        Christopher L. Peele
        Texas Bar No. 24013308
        chris@peelenimocks.com

        6836 Bee Caves Road, Bldg. 3, Ste. 201
        Austin, Texas 78746
        Telephone (512) 417-0334

By:  */s/ Christopher W. Lewis*
        Christopher W. Lewis
        State Bar No. 24004765
        CLewis@lewisdefense.com
        Lukas Z. S. Garcia
        State Bar No. 24100578
        LGarcia@lewisdefense.com

        **CHRIS LEWIS & ASSOCIATES, PC**
        Comerica Bank Tower
        1717 Main Street, Ste. 4625
        Telephone (214) 665-6930

        *Attorneys for Jeffrey Paul Madison*

        DAMIEN M. DIGGS
        UNITED STATES ATTORNEY

        */s/ Adrian Garcia*
        ADRIAN GARCIA
        Assistant United States Attorney
        Texas State Bar No. 24084522
        101 East Park Blvd., Suite 500
        Plano, Texas 75074
        (972) 509-1201
        Adrian.Garcia@usdoj.gov

        NATHANIEL C. KUMMERFELD

ROBERT AUSTIN WELLS
Assistant United States Attorneys
Texas Bar No. 24060122
Texas Bar No. 24033327
110 N. College, Suite 700
Tyler, TX 75702
Phone: 903-590-1400
Fax: 903-590-1436
Nathaniel.Kummerfeld@usdoj.gov
Robert.Wells3@usdoj.gov

*Attorneys for the United States*

## CERTIFICATE OF CONFERENCE

I certify that on December 5, 2023, I conferred with Adrian Garcia, lead counsel for the government in this case, regarding the requested relief. The government has agreed upon the relief sought in this motion.

*/s/ Jason D. Cassel*
Jason D. Cassel

## CERTIFICATE OF SERVICE

I certify that on December 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true copy of the foregoing was furnished by CM/ECF to all counsel of record.

*/s/ David Bitkower*
David Bitkower