# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 6:22-CR-00003-JDK-JDL |
| SUSAN L. HERTZBERG (1)<br>MATTHEW JOHN THEILER (2)<br>DAVID KRAUS (3)<br>THOMAS GRAY HARDAWAY (4)<br>JEFFREY PAUL MADISON (5) | |

## ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE FOR POST-JUDGMENT MOTIONS

Having considered the parties' Joint Motion to Set Briefing Schedule for Post-Judgment Motions, and being of the opinion that it should be granted, it is HEREBY ORDERED that the filing deadline for motions for judgment of acquittal and motions for new trial is extended by 60 days. The new filing deadline for post-judgment motions is Monday, February 12, 2024. The Government's response deadline is Friday, April 12, 2024, and the Defendants' reply deadline is Monday, May 13, 2024.