**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 6:22-CR-00003-JDK-JDL-1 |
| SUSAN L. HERTZBERG (1) | |

**ORDER GRANTING SUSAN L. HERTZBERG'S MOTION FOR WITNESS TO APPEAR VIA VIDEO CONFERENCE OR TELEPHONICALLY**

Before the Court is Defendant Susan Hertzberg's Motion for Witness to Appear Via Video Conference or Telephonically.  Having considered the matter, the Court GRANTS the motion and allows the presentation of testimony by Luke Albrecht at the sentencing hearing via remote means.