IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Case No. 6:22-cr-3-JDK |
| SUSAN L. HERTZBERG (1) | § § § § | |

**ORDER DENYING MISCELLANEOUS MOTION**

A sentencing hearing for Defendant Susan L. Hertzberg is set for November 15, 2024, at 9:30 a.m. Hertzberg moves the Court to allow the witness Luke Albrecht to testify remotely. Docket No. 1292. The Court has considered the motion and the related filings. Docket Nos. 1292; 1299; 1300. The Court **DENIES** the motion. Hertzberg may submit Mr. Albrecht's testimony via affidavit. Any such affidavit shall be filed by **November 14, 2024, at 5:00 p.m.**

So **ORDERED** and **SIGNED** this **13th** day of **November, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE