# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

UNITED STATES OF AMERICA

v.

SUSAN L. HERTZBERG (1)

No. 6:22-CR-00003-JDK-JDL-1

## DEFENDANT SUSAN HERTBERG'S WAIVER BEFORE SENTENCING HEARING

I acknowledge receipt of the conditions of supervised release or probation recommended by the probation office in its Presentence Investigation Report. I understand those conditions, including the standard conditions, which are set forth in E.D. Tex. General Order 17-3, and I waive the oral pronouncement of them at sentencing. When the Court imposes the conditions, I agree to be bound by them and acknowledge that my supervised release or probation is subject to revocation, without a jury, for violating any of them.

I am advised that the law provides a defendant a right to appeal a conviction and sentence and to seek court-appointed counsel and permission to appeal free of cost if unable to pay for an appeal. With few exceptions, any notice of appeal must be filed within 14 days of the date judgment is entered or within 14 days of the filing of a notice of appeal by the Government. If I have entered into a plea agreement that waives certain appellate rights, I am advised that such waiver is generally enforceable but may be challenged on appeal if I believe it to be invalid or unenforceable. Understanding my appellate rights, I waive the oral advisement in court of those rights.[1]

---

[1] *See* Fed. R. Crim. P. 32(j).



## CERTIFICATE OF SERVICE

I certify that on November 14, 2024 a copy of the foregoing document was filed via the court's CM/ECF system and thereby served electronically on all counsel of record.

/s/ *David Bitkower*
David Bitkower