# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 6:22-cr-3 |
| § | |
| SUSAN HERTZBERG, et al. § | |

### ORDER ON SENTENCING HEARING EXHIBITS

The Court held a sentencing hearing for Defendant Susan L. Hertzberg on November 15, 2024. At that hearing, the Government sought admission of a PowerPoint slideshow and all exhibits referenced in the slideshow, which the Court granted. Sentencing Tr. 11/15/2024 at 156:10–13.

For clarification, the Court admitted only those exhibits referenced in PowerPoint slides that were used and discussed during the sentencing hearing, along with any exhibits used with and admitted through a testifying witness. The Court **ORDERS** the Government and Defendant Hertzberg's counsel to meet and confer and file a joint list of all admitted exhibits by November 20, 2024. The parties are also **ORDERED** to provide a USB drive containing copies of all admitted exhibits to the Court by November 20, 2024.

So **ORDERED** and **SIGNED** this **18th** day of **November, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE